■ In the Matter of NANCY D. RUSSELL et al., Appellants, v HENRY G. WILLIAMS, as Commissioner of the New York State Department of Environmental Conservation, Respondent.— Judgment unanimously affirmed, without costs. Memorandum: The service of the petition was not properly made and thus this proceeding was properly dismissed (CPLR 7804 [c]; Matter of Quogue Assoc. v New York State Dept. of Envtl. Conservation, 112 AD2d 999). (Appeal from judgment of Supreme Court, Onondaga County, Donovan, J.—art 78.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.